R. W. Martucci, Petitioner *v.* Commonwealth of Pennsylvania, Unemployment Compensation Board of Review, Respondent.

Argued February 5, 1979, before Judges ROGERS, DiSALLE and MacPHAIL, sitting as a panel of three.

*Robert W. Martucci,* petitioner, for himself.

*Michael Klein,* Assistant Attorney General, with him *Gerald Gornish,* Attorney General, for respondent.

OPINION BY JUDGE ROGERS, February 20, 1979:

The sole issue in this appeal is whether the appellant, R. W. Martucci, an unemployment compensation claimant, had necessitous and compelling cause to leave his work as a security investigator for Provident National Bank. On this issue, Mr. Martucci had the burden of proof. *Taylor v. Unemployment Compensation Board of Review,* 474 Pa. 351, 378 A.2d 829

(1977). He testified to a personality conflict with his immediate supervisor which caused him stress which, in turn, led to his decision to quit his work in the interest of his health. He offered no medical testimony and in the course of describing his discomfiture at work volunteered that he "probably could have stuck it out." The referee and the Board properly decided that Mr. Martucci had left his work because of dissatisfaction with his working conditions, a cause which has been consistently held not to be necessitous and compelling. *Knox v. Unemployment Compensation Board of Review*, 12 Pa. Commonwealth Ct. 588, 317 A.2d 60 (1974).

Order affirmed.

### ORDER

AND Now, this 20th day of February, 1979, the order of the Unemployment Compensation Board of Review dated August 8, 1977, is affirmed.